UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 9:17-CV-81225-ROSENBERG/HOPKINS**

KATHLEEN FORBES, LISA O'BRIEN,
LOU ANN HAWES, LINDA RAY,
JUDITH DANNEMAN,
BRIDGETTE BRAMLEY, and
EDNA REMINGTON,

  Plaintiffs,

v.

WAL-MART STORES, INC.,

  Defendant.
_____/

**NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS**

Pursuant to Local Rule 3.8 and Section 2.15.00(c) of the Court's Internal Operating Procedures, Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), respectfully submits as follows:

  1. Local Rule 3.8 provides that the "attorneys of record in every action" have a "continuing duty" to "promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures." Internal Operating Procedure 2.15.00 ("Transfer of Similar Actions"), in turn, provides for the transfer of cases "which involve[e] subject matter which is a material part of the subject matter of another action … or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge."

  2. The just-filed action (the "*Forbes* action") fits these criteria, and transfer is appropriate to avoid "unnecessary duplication of judicial labor." *Forbes* involves the same individuals and the same facts, requests the same relief, and turns on the same legal issues as

*Love v. Wal-Mart Stores, Inc.*, No. 0:12-cv-61959, presided over by Judge Scola from 2012 through 2015. Indeed, Plaintiffs specifically portray their just-filed action as a sequel to *Love*. *See* ECF No. 1 ¶¶ 9-11.

3. The cases raise identical Title VII class action claims against Wal-Mart, and thus present exactly the same issues of timeliness and the demands of Rule 23 previously considered by Judge Scola. Notably, Judge Scola previously dismissed the same class allegations in *Love* because "[u]nder Eleventh Circuit precedent, the class claims are … time-barred." *Love*, DE 38 (Sept. 23, 2013). Those same arguments and issues will again be (among others) dispositive here.

4. Moreover, the present Plaintiffs *themselves* brought virtually identical claims in *Love*. After the original *Love* plaintiffs each settled or were otherwise dismissed, the seven present Plaintiffs, together with an eighth individual, unsuccessfully sought to intervene in the *Love* action for the purpose of appealing Judge Scola's dismissal of the class claims. The just-filed *Forbes* complaint is identical in all material respects to both their proposed complaint-in-intervention and the original *Love* complaint. *See Love*, DE 1, ¶¶ 1-5, 22-90, 240-49 (original complaint); *Love*, DE 264-1, ¶¶ 1-5, 21-89, 220-29 (proposed complaint-in-intervention); *Forbes*, DE 1, ¶¶ 1-5, 22-92, 222-31 (present complaint).[1]

Accordingly, Wal-Mart respectfully requests that pursuant to Internal Operating Procedure 2.15.00, the Court confer with Judge Scola and transfer the case.

---

[1] Judge Scola denied the motion for lack of jurisdiction *see Love*, DE 269, and the Eleventh Circuit dismissed the subsequent appeal as untimely, *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322 (11th Cir. 2017).

Date: November 30, 2017	Respectfully submitted,

s/ Bridget Ann Berry
Hilarie Bass (Fla. Bar No. 334243)
bassh@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 Avenue of the Americas (SE 2nd Avenue)
Suite 4400
Miami, FL  33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717

Bridget Ann Berry (Fla. Bar No. 515639)
BerryB@gtlaw.com
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL  33401
Telephone:  (561) 650-7900
Facsimile:  (561) 655-6222

Rachel S. Brass (*pro hac vice motion pending*)
RBrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA  94105
Telephone:  (415) 393-8293
Facsimile:  (415) 374-8429

Mark A. Perry (*pro hac vice motion pending*)
mperry@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 887-3667
Facsimile:  (202) 530-9696

Theodore J. Boutrous Jr. (*pro hac vice motion pending*)
tboutrous@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 229-7804
Facsimile:  (213) 229-6804

***Attorneys for Defendant Wal-Mart Stores, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on this 30th day of November, 2017, on all counsel or parties of record on the attached Service List.

s/ Bridget Ann Berry
Bridget Ann Berry

## SERVICE LIST

Diana Leigh Martin, Esq.
dmartin@cohenmilstein.com
Leslie Mitchell Kroeger, Esq.
lkroeger@cohenmilstein.com
Cohen, Milstein, Sellers & Toll, PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL  33410
Telephone:  (561) 515-1400
Facsimile:  (561) 515-1401

*Attorneys for Plaintiffs*

Lindsey Brooke Wagner, Esq.
lwagner@scottwagnerlaw.com
Cathleen Ann Scott, Esq.
cscott@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
250 S. Central Blvd., Suite 104
Jupiter, FL  33458
Telephone:  (561) 653-0008
Facsimile:  (561) 653-0020

*Attorneys for Plaintiffs*