**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 17-CV-81225-SCOLA**

KATHLEEN FORBES,
LISA O'BRIEN, LOU ANN HAWES, LINDA
RAY, JUDITH DANNEMAN, BRIDGETTE
BRAMLEY, and EDNA REMINGTON,

    Plaintiffs,

v.

WAL-MART STORES, INC.,

    Defendant.

_____/

## PLAINTIFFS' MOTION TO REOPEN

Plaintiffs, KATHLEEN FORBES, LINDA RAY, JUDITH DANNEMAN, and EDNA REMINGTON by and through their undersigned counsel hereby file this motion to reopen and as grounds hereto state as follows:

As per the Court's Order dated January 4, 2018 (DE. 20) the matter is currently stayed until thirty (30) days after the Supreme Court's ruling in *China Agritech Inc. v. Resh*, 17-432. That ruling was issued on June 11, 2018.

In accordance with this Court's order, Plaintiffs KATHLEEN FORBES, LINDA RAY, JUDITH DANNEMAN, and EDNA REMINGTON now seek to lift the stay and reopen this case. Plaintiffs further advise the Court of their intent to amend the complaint consistent with the holding of *Resh*.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in

this motion in a good faith effort to resolve the issues and counsel for Defendant  does

not object the filing of this motion

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on July 10, 2018 to those on the attached Service List.

s/ Cathleen Scott
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail: CScott@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
Lindsey Wagner, Esq.
Florida Bar No. 86831
Primary e-mail: LWagner@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone:   (561) 653-0008
Facsimile:     (561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

JOSEPH M. SELLERS
CHRISTINE E. WEBBER
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
JSellers@cohenmilstein.com
Cwebber@cohenmilstein.com

LESLIE M. KROEGER
Florida Bar No.: 989762
LKroeger@cohenmilstein.com
DIANA L. MARTIN
Florida Bar No.: 624489
DMartin@cohenmilstein.com

Cohen Milstein Sellers & Toll PLLC
2925 PGA Blvd Ste 200
Palm Beach Gardens, FL 33410
(561) 515-1400


**SERVICE LIST**
**CASE NO.: 17-CV-81225-SCOLA**


Hilarie Bass (Fla. Bar No. 334243)
bassh@gtlaw.com
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas (SE 2nd Avenue), Suite 4400
Miami, FL 33131
Telephone:   305.579.0500
Facsimile:    305.579.0717

Bridget A. Berry (Fla. Bar No. 515639)
berryb@gtlaw.com
GREENBERG TRAURIG, P.A.
777 S. Flagler Drive, Suite 300E
West Palm Beach, FL  33401
Telephone:   561.650.7900
Facsimile:    561.655.6222

Theodore J. Boutrous, Jr. (*pro hac vice*)
tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Mark A. Perry (*pro hac vice*)
mperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  (202) 887-3667
Facsimile:  (202) 530-9696

Rachel S. Brass (*pro hac vice*)
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105

Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant Wal-Mart Stores, Inc.*