UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-81225-Scola/Matthewman

KATHLEEN FORBES, et al.,

        Plaintiffs,
v.

WAL-MART STORES, INC.,

        Defendant.

## JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF JUDITH DANNEMAN WITH PREJUDICE

COMES NOW, Plaintiff JUDITH DANNEMAN and Defendant WAL-MART STORES, INC. ("Walmart") (collectively, the "Parties"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(1)(A)(ii), hereby jointly stipulate and agree to dismiss the above-styled case of Plaintiff Judith Danneman **WITH PREJUDICE** with each party to bear and be responsible for the payment of their respective costs, expenses, and attorneys' fees incurred in connection with this action.

Respectfully submitted this 30th day of May, 2019.

1

| | |
|---|---|
| /s/ *Cathleen A. Scott* <br> Cathleen A. Scott <br> Email: Cscott@scottwagnerlaw.com <br> Lindsey Wagner <br> Email: LWagner@scottwagnerlaw.com <br> **SCOTT WAGNER AND ASSOCIATES, P.A.** <br> 250 South Central Blvd., Suite 104-A <br> Jupiter, FL 33458 <br> Telephone: (561) 653-0008 <br> Facsimile: (561) 653-0020 <br><br> Joseph M. Sellers <br> Email: JSellers@cohenmilstein.com <br> Christine E. Webber <br> Email: CWebber@cohenmilstein.com <br> **COHEN MILSTEIN SELLERS & TOLL, PLLC** <br> 1100 New York Avenue NW, Suite 500 West <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 <br><br> Leslie M. Kroeger <br> Email: LKroeger@cohenmilstein.com <br> Diana L. Martin <br> Email: DMartin@cohenmilstein.com <br> **COHEN MILSTEIN SELLERS & TOLL, PLLC** <br> 2925 PGA Boulevard, Suite 200 <br> Palm Beach Gardens, FL 33410 <br> Telephone: (561) 515-1400 <br> Facsimile: (561) 515-1401 <br><br> *Attorneys for Plaintiffs* | /s/ <br> Scott A. Forman (FL Bar No. 0065950) <br> Email: SForman@littler.com <br> **LITTLER MENDELSON, P.C**. <br> 333 S.E. 2nd Avenue, Suite 2700 <br> Miami, FL 33131 <br> Telephone: 305.400.7511 <br> Facsimile: 305.603.2552 <br><br> Kimberly J. Doud (FL Bar No. 523771) <br> kdoud@littler.com <br> LITTLER MENDELSON, P.C. <br> 111 North Magnolia Avenue, Suite 1250 <br> Orlando, Florida 32801 <br> Telephone: (407) 393-2900 <br> Facsimile: (407) 393-2929 <br><br> Rachel S. Brass *(pro hac vice)* <br> Email: Rbrass@gibsondunn.com <br> **GIBSON DUNN & CRUTCHER LLP** <br> 555 Mission Street, Suite 3000 <br> San Francisco, CA 94105-0921 <br> Telephone: 415.393.8293 <br> Facsimile: 415.374.8429 <br><br> *Attorneys for Defendant Wal-Mart Stores, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2019, the foregoing *Joint Stipulation for Dismissal of Plaintiff Judith Danneman with Prejudice* was electronically filed with the Clerk of Court using CM/ECF, and the foregoing document is being served on all counsel of record identified on the attached Service List by operation of the Court's electronic filing system.

/s/
Cathleen Scott

## SERVICE LIST

**Counsel for Plaintiffs**
Lindsey Wagner, Esq.
LWagner@scottwagnerlaw.com
Cathleen Scott, Esq.
CScott@scottwagnerlaw.com
**SCOTT WAGNER AND ASSOCIATES, P.A.**
Jupiter Gardens
250 South Central Boulevard, Suite 104
Jupiter, FL 33458

Leslie M. Kroeger, Esq.
LKroeger@cohenmilstein.com
Diana L. Martin, Esq.
DMartin@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

Joseph M. Sellers, Esq.
JSellers@cohenmilstein.com
Christine E. Webber, Esq.
CWebber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave NW, Suite 500 West
Washington, DC 20005

**Counsel for Defendant**

Scott A. Forman, Esq.
Email: SForman@littler.com
**LITTLER MENDELSON, P.C.**
333 S.E. 2nd Avenue, Suite 2700
Miami, FL 33131

Rachel Brass, Esq.
RBrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER, LLP**
555 Mission Street
San Francisco, CA 94105-0921