UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-81225-Scola/Matthewman

KATHLEEN FORBES,
LINDA RAY, JUDITH DANNEMAN, and
EDNA REMINGTON,

    Plaintiffs,
v.

WAL-MART STORES, INC.,

    Defendant.
_____/

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

    Plaintiffs Kathleen Forbes, Linda Ray and Edna Remington file their Response to Order to Show Cause. (DE 123) as follows:

    Plaintiffs' counsel apologizes for the late filing of the request for additional pages for the response to Defendant's motion for summary judgment and accepts sole responsibility for the filing and respectfully requests this Court not to sanction the individual Plaintiffs in this matter for the actions of their counsel.

    The timing of the request, while not excusable, was due to other pending issues in this case and was not done for any improper purpose and certainly was not meant to burden the Court. Counsel would have asked for additional pages sooner, but did not learn until Thursday after at 2:44 p.m. the enlargement of time was denied. At that time counsel was in a hearing on this matter compelling Wal-Mart's discovery responses. As such, it was unclear exactly how many, if any, additional pages would be needed to complete the response until drafting the filings. The request for the additional pages was only meant to provide a detailed response in support of Plaintiffs' claims and not meant to disrespect the local rules on page limitations or to burden this Court. Undersigned counsel regrets any burden the timing of the filing has placed upon the Court.

    Undersigned counsel further apologizes for the length of the response brief and statement of facts and contemporaneous with this Response to the Show Cause Order, Plaintiffs are filing revised responses within the allotted page limitations. Plaintiffs pray this Court will accept the

revised filings as timely and consider the responses in opposition to Defendant's motion in ruling on the motion.

Plaintiffs' counsel accepts responsibility for any headache she caused to the court and apologizes for the late filing. Plaintiffs' counsel respectfully requests that the individual Plaintiffs not be prejudiced by her actions in this regard and that any sanction the court deems appropriate not include an adverse effect on the Plaintiffs' claims.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on June 4, 2019, on all counsel or parties of record on the Service List below.

s/Cathleen Scott
CATHLEEN SCOTT
Florida Bar No.: 135331
CScott@scottwagnerlaw.com
LINDSEY WAGNER
Florida Bar No. 86831
LWagner@scottwagnerlaw.com
SCOTT WAGNER AND ASSOCIATES, P.A.
250 S. Central Blvd., #104
Jupiter, FL  33458
(561) 653-0008

JOSEPH M. SELLERS
CHRISTINE E. WEBBER
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
JSellers@cohenmilstein.com
Cwebber@cohenmilstein.com

LESLIE M. KROEGER
Florida Bar No.: 989762
LKroeger@cohenmilstein.com
DIANA L. MARTIN
Florida Bar No.: 624489
DMartin@cohenmilstein.com
Cohen Milstein Sellers & Toll PLLC
2925 PGA Blvd Ste 200
Palm Beach Gardens, FL 33410

(561) 515-1400

## SERVICE LIST

Rachel S. Brass, Esq.
rbrass@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8293
Facsimile:    415.374.8429

Theodore J. Boutrous, Jr., Esq.
tboutrous@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     213.229.7000
 Facsimile:     213.229.7520

Mark A. Perry
mperry@gibsondunn.com
GIBSON DUNN & CRUTCHER, LLP
1050 Connecticut Ave., NW
Washington, DC 20036
Telephone:     202.887.3705
Facsimile:     202.530.4244

Kimberly J. Doud
kdoud@littler.com
LITTLER MENDELSON, P.C.
111 North Magnolia Ave, Suite 1250
Orlando, FL 32801
Telephone: 407.393.2900
Facsimile: 407.393.2929

Hilarie Bass, Esq.
bassh@gtlaw.com
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas, Suite 4400
Miami, FL 33131
Telephone:    305.579.0500
Facsimile:     305.579.0717

Bridget A. Berry, Esq.
berryb@gtlaw.com
GREENBERG TRAURIG, P.A.
777 S. Flagler Drive, Suite 300E
West Palm Beach, FL  33401
Telephone:     561.650.7900
Facsimile:     561.655.6222

Scott A. Forman
SForman@littler.com
LITTLER MENDELSON, P.C.
333 S.E. 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone:   305.400.7511
Facsimile:    305.603.2552