United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kathleen Forbes and others, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Wal-Mart Stores, Inc., Defendant. ) | Civil Action No. 17-81225-Civ-Scola |

### Order of Dismissal as to Plaintiff Judith Danneman Only

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to Plaintiff Judith Danneman **only**. (Joint Stip. for Dismissal with Prejudice, ECF No. 117.)

The Court directs the Clerk to terminate Plaintiff Judith Danneman from this case. Otherwise, this case is to remain **open**.

**Done and ordered** at Miami, Florida, on June 5, 2019.

_____
Robert N. Scola, Jr.
United States District Judge