UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-cv-81225-Scola/Matthewman

KATHLEEN FORBES,
LINDA RAY, JUDITH DANNEMAN, and
EDNA REMINGTON,

    Plaintiffs,
v.

WAL-MART STORES, INC.,

    Defendant.
_____/

## NOTICE OF FILING

COMES Now Plaintiffs, KATHLEEN FORBES, LINDA RAY, and EDNA REMINGTON (hereinafter "Plaintiffs"), by and through their undersigned counsel, hereby gives Notice of Filing the following exhibit[1]:

1. Exhibit M to Plaintiff's Response in Opposition to Motion for Summary Judgment

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on August 13, 2019, on all counsel or parties of record on the Service List below.

                                        s/Lindsey Wagner
                                        CATHLEEN SCOTT
                                        Florida Bar No.: 135331
                                        CScott@scottwagnerlaw.com
                                        LINDSEY WAGNER
                                        Florida Bar No. 86831
                                        LWagner@scottwagnerlaw.com
                                        SCOTT WAGNER AND ASSOCIATES, P.A.
                                        250 S. Central Blvd., #104

---

[1] Plaintiffs previously identified in the notice of filing that we would be filing this upon conferring regarding confidentiality with Defendant and upon fulfilling the conferral obligations are filing.

        Jupiter, FL  33458
        (561) 653-0008

        JOSEPH M. SELLERS
        CHRISTINE E. WEBBER
        COHEN MILSTEIN SELLERS & TOLL PLLC
        1100 New York Ave NW, Suite 500 West
        Washington, DC 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699
        JSellers@cohenmilstein.com
        Cwebber@cohenmilstein.com

        LESLIE M. KROEGER
        Florida Bar No.: 989762
        LKroeger@cohenmilstein.com
        DIANA L. MARTIN
        Florida Bar No.: 624489
        DMartin@cohenmilstein.com
        Cohen Milstein Sellers & Toll PLLC
        2925 PGA Blvd Ste 200
        Palm Beach Gardens, FL 33410
        (561) 515-1400

## SERVICE LIST

| | |
|---|---|
| Rachel S. Brass, Esq.<br>rbrass@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8293<br>Facsimile:    415.374.8429 | Hilarie Bass, Esq.<br>bassh@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>333 Avenue of the Americas, Suite 4400<br>Miami, FL 33131<br>Telephone:     305.579.0500<br>Facsimile:       305.579.0717 |
| Theodore J. Boutrous, Jr., Esq.<br>tboutrous@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:      213.229.7000<br>Facsimile:       213.229.7520 | Bridget A. Berry, Esq.<br>berryb@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>777 S. Flagler Drive, Suite 300E<br>West Palm Beach, FL  33401<br>Telephone:     561.650.7900<br>Facsimile:       561.655.6222 |

| | |
|---|---|
| Mark A. Perry | Scott A. Forman |
| mperry@gibsondunn.com | SForman@littler.com |
| GIBSON DUNN & CRUTCHER, LLP | LITTLER MENDELSON, P.C. |
| 1050 Connecticut Ave., NW | 333 S.E. 2nd Avenue, Suite 2700 |
| Washington, DC 20036 | Miami, FL 33131 |
| Telephone: 202.887.3705 | Telephone: 305.400.7511 |
| Facsimile: 202.530.4244 | Facsimile: 305.603.2552 |

Kimberly J. Doud
kdoud@littler.com
LITTLER MENDELSON, P.C.
111 North Magnolia Ave, Suite 1250
Orlando, FL 32801
Telephone: 407.393.2900
Facsimile: 407.393.2929